Kimberly T. SPENCE, Plaintiff–Appellant,

v.

Carl J. WILLIS, II, Defendant–Appellee.

No. 15–1242.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2015.

Decided: May 26, 2015.

Kimberly T. Spence, Appellant Pro Se.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly T. Spence appeals the district court's order dismissing her petition to remove her state child-custody case to federal court as improperly filed, construing her petition as a complaint, and dismissing the complaint under the *Rooker–Feldman* * doctrine. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Spence's informal brief does not challenge the basis for the district court's disposition, Spence has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment and

---

\* *D.C. Court of Appeals v. Feldman*, 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983); *Rooker v. Fid. Trust Co.*, 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923)

deny Spence's motion for a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*